ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendants*
*Bank of America Corporation, Bank of America, National Association, itself and as successor by merger to BAC Home Loans Servicing, LP, and ReconTrust Company, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACK THACKER and LISA THACKER,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORP, BANK OF AMERICA, NATIONAL ASSOCIATION, BAC HOME LOANS SERVICING LP, RECONTRUST COMPANY N.A.,<br><br>Defendants. | Case No.: 3:11-cv-00113-RCJ-WGC<br><br>**PROPOSED STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBSTITUTE CARRINGTON MORTGAGE HOLDINGS, LLC** |

Plaintiffs Jack and Lisa Thacker, through their counsel of record, Steve Evenson, Esq. of Evenson Law Office, and Bank of America Corporation, Bank of America, National Association, itself and as successor by merger to BAC Home Loans Servicing, LP, and ReconTrust Company, N.A. (collectively **defendants**), through their counsel of record Ariel E. Stern, Esq. and Christine M. Parvan, Esq. of the law firm of Akerman LLP hereby stipulate as follows:

1. On January 12, 2015, this Court issued an order denying both plaintiffs' motion to set aside the subject settlement agreement and defendants' motion to enforce the settlement agreement;

2. The Court imposed a deadline of seven (7) days from entry of its order for plaintiffs to file a motion to substitute Carrington Mortgage Holdings, LLC as a party to this action and request this Court enforce the settlement agreement by having Carrington sign it; and

{30211379;1}                                                     1

3. As Carrington has agreed to provide written confirmation to plaintiffs' counsel that it will implement the loan modification as contemplated under the settlement agreement if plaintiffs make the required lump-sum payment, the parties' respectfully request the Court grant plaintiffs' an additional ten (10) days to file the aforementioned motion to substitute Carrington in order to give the parties additional time to attempt to resolve this matter without further litigation.

Akerman Senterfitt LLP

/s/ Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144


IT IS SO ORDERED this 21st day of January, 2015.

_____
DISTRICT JUDGE

Submitted by:

/s/ Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, NV 892144

*Attorneys for Defendants*


/s/ Steve Evenson
Steve Evenson
Evenson Law Office
P. O. Box 1023
Lovelock, NV 89419

*Attorneys for Plaintiffs*

{30211379;1}                                2