STEVE E. EVENSON, ESQ.
Nevada Bar Number 4596
P.O. Box 1023
Lovelock, NV 89419
Telephone: (775) 273-2529
Facsimile: (775) 273-9529
E-mail: nevadaracer@hotmail.com
Attorney For Jack Thacker and Lisa Thacker

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JACK THACKER and LISA THACKER

    Plaintiffs,    Case No.: 3:11-CV-00113-RCJ-WGC

v.

BANK OF AMERICA CORP, BANK OF AMERICA, NATIONAL ASSOCIATION, BAC HOME LOANS SERVICING LP, RECONTRUST COMPANY N.A.,

    Defendants.
_____/

### MOTION TO ALLOW TELEPHONIC APPEARANCE

COMES NOW, the Plaintiffs, by and through their attorney STEVE E. EVENSON, Esq., PC and hereby submits this Motion Requesting Telephonic Appearance for the Status Conference set for May 18, 2015 on the above matter.

This Motion is based upon I currently have a matter in Pershing County at 9:00 a.m. that has been set for several months, and am unable to continue that matter.

Dated this 4th day of May, 2015.

Steve E. Evenson, Esq., PC
State Bar No. 4596
Attorney for Plaintiff

IT IS SO ORDERED this 11th day of May, 2015.

_____
ROBERT C. JONES

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Evenson Law Office, and that on the date below I served a true and correct copy of the **MOTION TO ALLOW TELEPHONIC APPEARANCE**,

[ ]   **MAIL**: By placing an original or true copy in a sealed envelope, postage fully prepaid, in a U.S. Postal Service mailbox at Lovelock, Nevada, addressed to the individual(s) and/or address(es) listed below

[ ]   **FACSIMILE**: By faxing an original or true copy to the individual(s) and/or address(es) and fax number(s) listed below.

Ariel E. Stern, Esq.
Christine M. Parvan, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Attorneys for Defendants

DATED: This 5th day of May, 2015.

_____
Evenson Law Office